**CARSON P. BAUCHER**
California State Bar No. 298884
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5030
Telephone: (619)234-8467
Carson_Baucher@fd.org

Attorneys for Ms. Wright

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MADISYN REBBEKHA WRIGHT,<br><br>Defendant. | CASE NO.:   25-MJ-6958-JLB<br><br>**MS. WRIGHT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

Ms. Wright respectfully asks the Court to modify the deposit amount on her bond from $2,500 to $1,000.

Though Ms. Wright's mother has volunteered to serve as the surety on the bond, and though the United States has approved of her ability to serve as a surety, the family does not have the full $2,500 to meet the current deposit condition on the bond. At most, the family can put up $1,000.

**I.    Position of the Parties**

Counsel for the government does not oppose the request, provided that the current location monitoring condition remains in place.

It is the undersigned's understanding that, during Ms. Wright's initial appearance, Pretrial Services recommended a bond of $15,000 secured by the signature of one financially responsible adult and no cash deposit. Accordingly, it appears that Pretrial Services would not oppose the request to reduce the deposit amount.

## II. Relevant Background

Ms. Wright is 26 years old. She was born in Washington, where her mother, stepfather, and younger siblings reside. She graduated from high school and has some college. She previously played basketball, volleyball, and softball. Ms. Wright has been living in Phoenix, Arizona for the last two years, where she works full time to support herself.

On December 17, 2025, Ms. Wright was arrested at the Port of Entry after packages of alleged methamphetamine and fentanyl were found hidden in the vehicle she was driving. Post-arrest, she invoked her right to remain silent. She is charged in a complaint with importation of methamphetamine and fentanyl.

At Ms. Wright's initial appearance on December 18, 2025, the Court set bond in the amount of $30,000 to be secured by the signature of one financially responsible and related adult, plus a $2,500 cash deposit. *See* ECF No. 8.

If released, Ms. Wright will return to Phoenix and resume her full-time job. Her supervisor knows about her arrest and remains supportive. Ms. Wright enjoys the full support of her mother; stepfather; siblings; and childhood friend, with whom she would live in Phoenix.

## III. Request to Modify Conditions

The Bail Reform Act provides that a judicial officer "may not impose a financial condition that results in the pretrial detention of the person." 18 U.S.C. § 3142(c)(2).

Ms. Wright's mother has volunteered to be a surety in this case. Her financial information and identity documents have been submitted to the U.S. Attorney's Office, which has approved of her as a surety.

Unfortunately, Ms. Wright's family does not have a lot of spare money, since Ms. Wright's mother and stepfather support Ms. Wright's younger siblings.

Respectfully, Ms. Wright asks the Court to reduce the deposit amount from $2,500 to $1,000. Otherwise, Ms. Wright will be unable to secure pretrial release.

## IV. Conclusion

Ms. Wright asks the Court to grant this unopposed motion. A $1,000 deposit represents a significant sum to Ms. Wright and her family, and is sufficient to ensure her appearance in court. She has been actively engaged in her case and she and her family have a well-thought-out release plan in place.

Respectfully submitted,

Dated: December 30, 2025         *s/ Carson P. Baucher*
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Ms. Wright